James C. Pistorino (SBN 226496)
james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| James C. Pistorino, | Case No.: _____ |
|---|---|
| Plaintiff, | |
| vs. | COMPLAINT |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ADMINISTRATIVE PROCEDURE ACT CASE |
| Defendant | |

1. This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, for injunctive relief and other appropriate relief seeking the disclosure of and release of agency records improperly withheld from Plaintiff by Defendant.

**I.   JURISDICTION AND VENUE**

2. This Court has subject matter jurisdiction over this action and the parties pursuant to 5 U.S.C. § 552(a)(4)(B). Venue in this Court is proper pursuant to 5 U.S.C. § 552(a)(4)(B).

**II.   PARTIES**

3. Plaintiff James Pistorino is a natural person and a resident of Menlo Park, California.

4. Defendant U.S. Department of Health and Human Services is an agency of the United States government with its principal offices in Washington, D.C.

COMPLAINTADMINISTRATIVE PROCEDURE ACT CASE - 1

## III. INTRADISTRICT ASSIGNMENT

5. Mr. Pistorino is a resident of San Mateo County, California. Pursuant to L.R. 3-22(d) and 3-2(c), it is believed that assignment to either the San Francisco or Oakland division would be appropriate.

## IV. FACTUAL BACKGROUND

6. On March 12, 2024, Plaintiff served a FOIA request on Defendant seeking two categories of documents: 1) contracts entered into by Defendant with numerous entities affiliated with UnitedHealthcare and listed on a website operated by the Secretary; and 2) information related to Common Procedure Terminology (CPT) codes that have been approved for coverage, conditionally approved for coverage, disproved for coverage, as well as documents reflecting how, if at all, these codes were transmitted or made available to the UnitedHealthcare entities. See Exhibit A.

7. On March 13, 2024, the Department responded with a form letter acknowledging receipt of the request, which did not indicate whether the documents would be produced or provide an estimate when.

8. On April 18, 2024 (i.e., 26 working days after the request was served), Plaintiff sent a request for a statues update, to which the Department responded on April 19 stating the FOIA request was "pending." Again, no indication of whether the documents would be produced or when.

9. Finally, on May 16, 2024 (*i.e.*, 46 working days after the request was served), the Secretary responded with a claim that there were no records responsive to Plaintiff's request, including the contracts the Secretary himself identified.

COMPLAINTADMINISTRATIVE PROCEDURE ACT CASE - 2

10. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i) and (B)(1-ii), the Department was required to determine within 20 working days (or in unusual circumstances 30 working days) whether it was going to comply with the request and notify Plaintiff.

11. As of the filing of this Complaint, more than 45 working days have passed since the FOIA request was served and, pursuant to 5 U.S.C. § 552(a)(6)(C)(i), the Department's failure to abide by the deadlines set forth in the statute constitutes exhaustion of Plaintiff's administrative remedies.

**WHEREFORE**, Plaintiff prays that this Court:

A) Order the Department to disclose the requested records in their entirety and make copies available to Plaintiff;

B) Award Plaintiff its costs and reasonable attorney's fees incurred in this matter; and

C) Grant such other and further relief (including nominal damages) as the Court may deem just and proper.

Dated this 22th day of May, 2024.

_____
James Pistorino

COMPLAINTADMINISTRATIVE PROCEDURE ACT CASE - 3

March 12, 2024

James Pistorino
224 Lexington Dr.
Menlo Park, CA 94025
(650) 400-0043

   *Re*: **Freedom of Information Act Request**

Dear Sirs:

Pursuant to 5 U.S.C. § 551, et seq., (i.e., the Freedom of Information Act), I respectfully request copies of records identified below:

Request #1:

  Copies of each contract identified in Attachment A, including any exhibits or attachments thereto, and any addenda executed since the contract was first entered into.

Request #2:

  Starting in calendar year 2018 through the present, documents reflecting each Common Procedure Terminology (CPT) code approved for coverage.

Request #3:

  Starting in calendar year 2018 through the present, documents reflecting each Common Procedure Terminology (CPT) code disproved for coverage.

Request #4:

  Starting in calendar year 2018 through the present, documents reflecting each Common Procedure Terminology (CPT) code conditionally approved for coverage (along with an identification of what those conditions are/were).

Request #5:

  Documents reflecting any policy, practice, or procedure for transmitting or otherwise making available the information responsive to Request Nos. 2-4, to any of the entities identified in Attachment A.

March 12, 2024
Page 2

I will pay for the cost of responding to this request being made under the Freedom of Information Act, but please contact me for further authorization if the fees associated with responding to this request exceed $5,000. Please do not hesitate to contact ne at (650) 400-0043 or james.pistorino@gmail.com if you have any questions regarding compliance with any request.

Sincerely,

James Pistorino

| Legal Entity Name | Organization Marketing Name | Contract Number | Contract Effective Date | Parent Organization | CMS Region Responsible |
|---|---|---|---|---|---|
| ARIZONA PHYSICIANS IPA, INC. | UnitedHealthcare | H0321 | 09/01/2005 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | R3444 | 01/01/2007 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H2577 | 01/01/2020 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H0710 | 07/01/2004 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H5435 | 09/01/2005 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H1278 | 01/01/2019 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H3418 | 01/01/2020 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H8211 | 01/01/2018 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H5008 | 07/01/2005 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H0755 | 12/01/1996 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H1537 | 01/01/2012 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | R7444 | 01/01/2009 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H1889 | 01/01/2020 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | R2604 | 01/01/2020 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H2292 | 01/01/2019 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | R0759 | 01/01/2020 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | R5329 | 01/01/2017 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H8768 | 01/01/2018 | UnitedHealth Group, Inc. | San Francisco |

| Legal Entity Name | Marketing Name | Contract ID | Contract Effective Date | Parent Organization | Location |
|---|---|---|---|---|---|
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H0271 | 01/01/2019 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H7404 | 01/01/2019 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H3256 | 01/01/2021 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | R5342 | 01/01/2006 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H2406 | 06/01/2001 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | R6801 | 01/01/2007 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H1659 | 01/01/2011 | UnitedHealth Group, Inc. | San Francisco |
| CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | H5322 | 01/01/2014 | UnitedHealth Group, Inc. | San Francisco |
| KS PLAN ADMINISTRATORS, LLC | KelseyCare Advantage | H0332 | 01/01/2008 | UnitedHealth Group, Inc. | San Francisco |
| OXFORD HEALTH PLANS (NJ), INC. | UnitedHealthcare | H3113 | 07/01/2005 | UnitedHealth Group, Inc. | San Francisco |
| OXFORD HEALTH PLANS (NY), INC. | UnitedHealthcare | H3307 | 10/01/1991 | UnitedHealth Group, Inc. | San Francisco |
| PEOPLES HEALTH, INC. | Peoples Health | H4544 | 01/01/2021 | UnitedHealth Group, Inc. | San Francisco |
| PEOPLES HEALTH, INC. | Peoples Health | H1961 | 07/01/1997 | UnitedHealth Group, Inc. | San Francisco |
| PHYSICIANS HEALTH CHOICE OF TEXAS, LLC | UnitedHealthcare | H4527 | 08/01/2005 | UnitedHealth Group, Inc. | San Francisco |
| PREFERRED CARE PARTNERS, INC. | UnitedHealthcare | H1045 | 08/01/2002 | UnitedHealth Group, Inc. | San Francisco |
| Preferred Care Network, Inc. | UnitedHealthcare | H5420 | 06/01/2005 | UnitedHealth Group, Inc. | San Francisco |
| ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION INC | UnitedHealthcare | H2582 | 01/01/2020 | UnitedHealth Group, Inc. | San Francisco |
| SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC. | UnitedHealthcare | H2001 | 08/01/2005 | UnitedHealth Group, Inc. | San Francisco |
| SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC. | UnitedHealthcare | H5652 | 09/01/2005 | UnitedHealth Group, Inc. | San Francisco |
| UHC OF CALIFORNIA | UnitedHealthcare | H0543 | 06/01/1985 | UnitedHealth Group, Inc. | San Francisco |

| Entity | Brand | Contract | Effective Date | Parent | Location |
|---|---|---|---|---|---|
| UNITEDHEALTHCARE COMMUNITY PLAN OF OHIO, INC. | UnitedHealthcare Community Plan | H2531 | 05/01/2014 | UnitedHealth Group, Inc. | Chicago |
| UNITEDHEALTHCARE COMMUNITY PLAN OF TEXAS, L.L.C. | UnitedHealthcare | H4514 | 08/01/2002 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE COMMUNITY PLAN OF TEXAS, L.L.C. | UnitedHealthcare | H7833 | 03/01/2015 | UnitedHealth Group, Inc. | Dallas |
| UNITEDHEALTHCARE COMMUNITY PLAN, INC. | UnitedHealthcare | H2247 | 01/01/2018 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE INSURANCE COMPANY | UnitedHealthcare | R3175 | 01/01/2006 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE INSURANCE COMPANY | UnitedHealthcare | H9239 | 01/01/2022 | UnitedHealth Group, Inc. | Boston |
| UNITEDHEALTHCARE INSURANCE COMPANY | UnitedHealthcare | H0294 | 01/01/2012 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE INSURANCE COMPANY | UnitedHealthcare | H2226 | 03/01/2004 | UnitedHealth Group, Inc. | Boston |
| UNITEDHEALTHCARE OF FLORIDA, INC. | UnitedHealthcare | H2509 | 01/01/2023 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF ILLINOIS, INC. | UnitedHealthcare | H7778 | 01/01/2023 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF ILLINOIS, INC. | UnitedHealthcare | H0845 | 01/01/2024 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF NEW ENGLAND, INC. | UnitedHealthcare | H2272 | 01/01/2023 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF NEW ENGLAND, INC. | UnitedHealthcare | H0764 | 01/01/2023 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF NEW MEXICO, INC. | UnitedHealthcare | H6526 | 01/01/2018 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF NEW YORK, INC. | UnitedHealthcare | H3387 | 01/01/1999 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF NEW YORK, INC. | UnitedHealthcare | H3379 | 03/01/1997 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF THE MID-ATLANTIC, INC. | UnitedHealthcare | H7464 | 01/01/2018 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF THE MIDLANDS, INC. | UnitedHealthcare | H0432 | 01/01/2018 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF THE MIDLANDS, INC. | UnitedHealthcare | H2802 | 10/01/1985 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF THE ROCKIES, INC. | UnitedHealthcare | H4604 | 01/01/2005 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF WISCONSIN, INC. | UnitedHealthcare | H4094 | 01/01/2019 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF WISCONSIN, INC. | UnitedHealthcare | H3794 | 01/01/2014 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF WISCONSIN, INC. | UnitedHealthcare | H3749 | 01/01/1991 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF WISCONSIN, INC. | UnitedHealthcare | H6595 | 01/01/2019 | UnitedHealth Group, Inc. | San Francisco |

| Entity | Brand | Contract | Date | Parent | Location |
|---|---|---|---|---|---|
| UNITEDHEALTHCARE OF WISCONSIN, INC. | UnitedHealthcare | H1944 | 01/01/2008 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF WISCONSIN, INC. | UnitedHealthcare | H5253 | 08/01/1995 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE OF WISCONSIN, INC. | UnitedHealthcare | H0169 | 01/01/2018 | UnitedHealth Group, Inc. | San Francisco |
| UNITEDHEALTHCARE PLAN OF THE RIVER VALLEY, INC. | UnitedHealthcare | H0251 | 01/01/2007 | UnitedHealth Group, Inc. | San Francisco |
| UnitedHealthcare Benefits of Texas, Inc. | UnitedHealthcare | H1360 | 01/01/2021 | UnitedHealth Group, Inc. | San Francisco |
| UnitedHealthcare Benefits of Texas, Inc. | UnitedHealthcare | H0624 | 07/01/2005 | UnitedHealth Group, Inc. | San Francisco |
| UnitedHealthcare Benefits of Texas, Inc. | UnitedHealthcare | H0609 | 07/01/1986 | UnitedHealth Group, Inc. | San Francisco |
| UnitedHealthcare Benefits of Texas, Inc. | UnitedHealthcare | H3805 | 01/01/1986 | UnitedHealth Group, Inc. | San Francisco |
| UnitedHealthcare Benefits of Texas, Inc. | UnitedHealthcare | H6706 | 01/01/2021 | UnitedHealth Group, Inc. | San Francisco |