ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7025
    FAX: (415) 436-6748
    pamela.johann@usdoj.gov

Attorneys for U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES C. PISTORINO, | No. 3:23-cv-03112-AGT |
| Plaintiff, | **REQUEST FOR CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE IN PLAINTIFF'S COMPLAINT** |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | Date: September 6, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom A, 15th Floor |
| Defendant. | The Honorable Alex G. Tse |

    Defendant U.S. Department of Health and Human Services ("HHS") respectfully requests that the Court consider the documents identified below, which are incorporated by reference in Plaintiff's Complaint, Dkt. No. 1, in connection with Defendant's Motion to Dismiss Plaintiff's Complaint. The incorporation-by-reference doctrine allows a court to "consider 'documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading.'" *Dunn v. Castro*, 621 F.3d 1196, 1205 n.6 (9th Cir. 2010) (quoting *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir.2005) (alteration in *Knievel*)).

    1.    Plaintiff's status inquiry, dated April 18, 2024, and the April 19, 2024, response of

Centers for Medicare and Medicaid Services ("CMS") to Plaintiff's status inquiry. The content of this correspondence is alleged in Plaintiff's Complaint. Dkt. No. 1 ¶ 8. A true and correct copy of this correspondence is attached hereto as **Exhibit A.**

    2.    CMS's response to Plaintiff's FOIA request. The content of this response is alleged in Plaintiff's Complaint. Dkt. No. 1 ¶ 9. A true and correct copy of this correspondence is attached hereto as **Exhibit B.**

DATED: July 29, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

       */s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant