| | |
|---|---|
| **From:** | Stringfellow, Kenyetta (CMS/OSORA) |
| **To:** | James Pistorino |
| **Subject:** | RE: CMS FOIA Request Control Number 031320247037 |
| **Date:** | Friday, April 19, 2024 2:44:00 PM |

Good afternoon,

We are still processing your request. Currently, your request is pending search for the requested documents. If you would like, you can check the status of your request at the website https://foia-request.cms.gov/check-status using the control number and PIN at the top of your acknowledgment letter. Once the status has changed, the message on the website will be updated. You can also feel free to contact me if you have any additional questions regarding the status of this request. Thank you.

Sincerely,

Kenyetta Stringfellow
Government Information Specialist
Freedom of Information Group
Office of Strategic Operations and Regulatory Affairs
Centers for Medicare & Medicaid Services
E-mail:  kenyetta.stringfellow@cms.hhs.gov

*Looking to request Medicare claim records? Check out our* Medicare Beneficiary Claims Portal
*Looking to file a FOIA request? Check out our* FOIA.gov Portal
*Need more help? Check out our CMS* FOIA Service Center

**From:** James Pistorino <james.pistorino@gmail.com>
**Sent:** Thursday, April 18, 2024 10:33 PM
**To:** Stringfellow, Kenyetta (CMS/OSORA) <Kenyetta.Stringfellow@cms.hhs.gov>
**Subject:** Re: CMS FOIA Request Control Number 031320247037

Please let me know the status of this request.

Regards,
James Pistorino

On Wed, Mar 13, 2024 at 11:46 AM Stringfellow, Kenyetta (CMS/OSORA) <Kenyetta.Stringfellow@cms.hhs.gov> wrote:

> Good afternoon,
>
> Please view the attached document regarding your Freedom of Information Act (FOIA) request for records pertaining to contracts and CPT codes.
>
> Respectfully,
>
> Kenyetta Stringfellow
> Government Information Specialist

Freedom of Information Group
Office of Strategic Operations and Regulatory Affairs
Centers for Medicare & Medicaid Services
E-mail: kenyetta.stringfellow@cms.hhs.gov

*Looking to request Medicare claim records? Check out our [Medicare Beneficiary Claims Portal](#)*
*Looking to file a FOIA request? Check out our [FOIA.gov Portal](#)*
*Need more help? Check out our CMS [FOIA Service Center](#)*