DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop C5-11-06
Baltimore, Maryland 21244-1850



**Office of Strategic Operations and Regulatory Affairs/Freedom of Information Group**
Refer to:   Control Number 031320247037 and PIN 96A8

5/16/2024

James Pistorino
224 Lexington Dr.
Menlo Park, CA 94025

Dear Mr. Pistorino:

This letter is in response to your Freedom of Information Act (5 U.S.C. §552) request of 3/12/2024, which you sent to the Centers for Medicare & Medicaid Services (CMS).  Within your correspondence, you requested records relating to contracts and CPT codes.

After a careful search of the Centers for Medicare & Medicaid Services (CMS) files, i.e., a search reasonably calculated to locate records responsive to your request and employing reasonable standards, we were unable to locate any records responsive to your request.

If you believe that the information withheld should not be exempt from disclosure, or this response constitutes an adverse determination, you may appeal.   By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.

Your appeal must be mailed within 90 days from the date of receipt of this letter, to:

>Principal Deputy Administrator
>Centers for Medicare and Medicaid Services
>Room C5-16-03
>7500 Security Blvd.
>Baltimore, Maryland 21244-1850

Please clearly mark both the envelope and your letter "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact Kenyetta Stringfellow or the CMS FOIA Public Liaison for assistance at:

>Desiree Gaynor
>CMS FOIA Public Liaison
>Centers for Medicare & Medicaid Services
>7500 Security Blvd., MS C5-11-06
>Baltimore, Maryland 21244-1850
>Telephone: (410) 786-5353 fax (443)-380-7260

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road–OGIS
>College Park, MD 20740-6001
>
>Telephone: 202-741-5770
>Toll-Free: 1-877-684-6448
>E-mail: ogis@nara.gov
>Fax: 202-741-5769

>Sincerely yours,
>
>*Desiree Gaynor*
>
>Desiree Gaynor
>Director, Division of FOIA Analysis – A
>Freedom of Information Group